**Rule 1.99.    Confidential Information and Confidential Documents.  Certification**

Unless public access is otherwise constrained by applicable authority, any attorney, or any party if unrepresented, who files a legal paper pursuant to these rules with the clerk shall comply with the requirements of Sections 7.0 and 8.0 of the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania***[***: **Case Records of the Appellate and Trial Courts**]** (Policy) including a certification of compliance with the Policy and, as necessary, a Confidential Information Form, unless otherwise specified by rule or order of court, or a Confidential Document Form, in accordance with the Policy.

> **Note:**  Applicable authority includes but is not limited to statute, procedural rule, or court order.  The ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania***[***: **Case Records of the Appellate and Trial Courts**]** (Policy) can be found on the website of the Supreme Court of Pennsylvania at http://www.pacourts.us/public-records.  Sections 7.0(D) and 8.0(D) of the Policy provide that the certification shall be in substantially the following form:
>
> > I certify that this filing complies with the provisions of the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania***[***: **Case Records of the Appellate and Trial Courts**]** that require filing confidential information and documents differently than non-confidential information and documents.

…

**Rule 2.1. Form of Account**

…

> **Note:** Rule 2.1 is substantively similar to former Rule 6.1 and Rule 12.15, except that certain subparagraphs have been reordered and Rule 12.15 and its Official Note have become subparagraph (d).
>
> The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania***[***: **Case Records of the Appellate and Trial Courts**]**.  *See* Rule 1.99.

…

**Rule 2.4. Petition for Adjudication/Statement of Proposed Distribution; Virtual Representation**
…

> **Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania**[: **Case Records of the Appellate and Trial Courts**]*.  *See* Rule 1.99.

…

**Rule 2.7. Objections to Accounts or Petitions for Adjudication/Statements of Proposed Distribution**

…

> **Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania**[: **Case Records of the Appellate and Trial Courts**]*.  *See* Rule 1.99.

…

**Rule 2.8. Pleadings Allowed After Objections are Filed**

…

> **Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania**[: **Case Records of the Appellate and Trial Courts**]*.  *See* Rule 1.99.

…

**Rule 2.10. Foreign Heirs and Unknown Distributees**

…

> **Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania**[: **Case Records of the Appellate and Trial Courts**]*.  *See* Rule 1.99.

**Rule 3.3. Contents of All Pleadings; General and Specific Averments**

…

> **Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania***[:  Case Records of the Appellate and Trial Courts]**.  *See* Rule 1.99.

**Rule 3.4. Form of Petition; Exhibits; Consents; Signing and Verification**

…

      **Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania***[:  Case Records of the Appellate and Trial Courts]**.  *See* Rule 1.99.

**Rule 3.5. Mode of Proceeding on Petition**

…

      **Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania***[:  Case Records of the Appellate and Trial Courts]**.  *See* Rule 1.99.

…

**Rule 3.6. Pleadings Allowed After Petition**

…

      **Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania***[:  Case Records of the Appellate and Trial Courts]**.  *See* Rule 1.99.

…

**Rule 3.9. Preliminary Objections**

…

      **Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania[: **Case Records of the Appellate and Trial Courts**].*  *See* Rule 1.99.

…

**Rule 3.10. Denials; Effect of Failure to Deny**

…

> **Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania[: **Case Records of the Appellate and Trial Courts**].*  *See* Rule 1.99.

...

**Rule 3.11. Answer with New Matter**

…

> **Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania[: **Case Records of the Appellate and Trial Courts**].*  *See* Rule 1.99.

**Rule 3.14. Amendment**

…

> **Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania[: **Case Records of the Appellate and Trial Courts**].*  *See* Rule 1.99.

…

**Rule 7.2. Motion for Judgment on the Pleadings**

…

> **Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania***[***: Case Records of the Appellate and Trial Courts***]**.  *See* Rule 1.99.

…

**Rule 7.3. Motion for Summary Judgment**

…

**Note:** …

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania***[***: Case Records of the Appellate and Trial Courts***]**.  *See* Rule 1.99.

…

**Rule 7.4. Injunctions**

…

**Note:** …

The filings required by this rule are subject to the **Case Records** *Public Access Policy of the Unified Judicial System of Pennsylvania***[***: Case Records of the Appellate and Trial Courts***]**.  *See* Rule 1.99.

…

**Rule 8.2. Motions for Reconsideration**

…

**Note:** The filings required by this rule are subject to the **Case Records** *Public Access Policy of the Unified Judicial System of Pennsylvania***[***: Case Records of the Appellate and Trial Courts***]**.  *See* Rule 1.99.

…